Michael A. Strauss, SBN 246718
Andrew C. Ellison, SBN 283884
**STRAUSS & PALAY, APC**
121 North Fir Street, Suite F
Ventura, CA  93001
Telephone:  (805) 641-6600
Facsimile:   (805) 641-6607
E-mail:  mike@palaylaw.com

Attorneys for Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL CURTIS, an individual; ARTHUR WILLIAMS, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> IRWIN INDUSTRIES, INC., a California corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 2:15-cv-02480 <br><br> **NOTICE REGARDING FILING OF FIRST AMENDED COMPLAINT** <br><br><br> [Complaint filed:  February 17, 2015] |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs CARL CURTIS and ARTHUR WILLIAMS (collectively "Plaintiffs") hereby files the following notice regarding the filing of a First Amended Complaint filed by Plaintiffs:

1. Defendant removed this action to federal court on April 3, 2015.

2. Prior to the removal, Plaintiffs filed a First Amended Complaint ("FAC") in Superior Court of the State of California, County of Santa Barbara. The date of filing was April 1, 2015.

3. The FAC was not served on Defendant prior to the removal and Defendant was unaware of its existence at the time of the removal. The FAC was served on Defendant on April 6, 2015 by U.S. Mail.

4. A true and correct copy of the FAC, which is now the operative complaint, is attached as Exhibit 1.

5. The FAC contains largely the same factual and legal allegations as the original complaint, although it has added a purported claim under California's Private Attorney General Act.

6. The basis of Defendant's removal to federal court, which is the Outer Continental Shelf Lands Act and the Labor Management Relations Act, remains the same for the FAC.

7. Based on the date and method of service, the parties have agreed that Defendant currently has until May 18, 2015 to file its response to the FAC.

DATED: May 4, 2015                    **STRAUSS & PALAY, APC**

By:
<u>/s/ Andrew C. Ellison</u>
Michael A. Strauss
Andrew C. Ellison
Attorneys for Plaintiffs and the
Putative Class

**NOTICE REGARDING FILING OF FIRST AMENDED COMPLAINT**