SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
RONALD J. HOLLAND, Cal. Bar No. 148687
rholland@sheppardmullin.com
ELLEN M. BRONCHETTI, Cal. Bar No. 226975
ebronchetti@sheppardmullin.com
MATTHEW C. LEWIS, Cal. Bar No. 274758
malewis@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947

Attorneys for Defendant
IRWIN INDUSTRIES, INC.

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL CURTIS, an individual; ARTHUR WILLIAMS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>IRWIN INDUSTRIES, INC. a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 2:15-cv-02480<br><br>**DEFENDANT IRWIN INDUSTRIES, INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>*[Filed concurrently with Memorandum of Points and Authorities; Declaration of Marita Swanson; Request for Judicial Notice; and [Proposed] Order]*<br><br>**Date: July 27, 2015<br>Courtroom 11<br>Time: 1:30 pm<br>Judge: Otis D. Wright, II**<br><br>[Complaint Filed: February 17, 2015]<br>[FAC File: May 4, 2015] |

-1-

SMRH:437361840.3                                          DEFENDANT'S NOTICE OF MOTION TO DISMISS

**TO PLAINTIFF AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on July 27, 2015 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 11 of the United Stated District Court, Central District of California, located at 312 North Spring Street, Los Angeles, CA 90012, Defendant Irwin Industries, Inc. ("Defendant" or "Irwin") will and hereby does move to dismiss, under Federal Rules of Civil Procedure 12(b)(6), Plaintiff's First Amended Complaint.

This motion is made pursuant to 9 U.S.C. § 1, *et seq.*, 43 U.S.C. § 1333, *et seq.*, and 12(b)(6) on the following grounds: Initially, the employment of Plaintiffs Carl Curtis and Arthur Williams was governed by a collective bargaining agreement (CBA). First, Plaintiffs failed to grieve and arbitrate their claims despite a clear and unmistakable requirement in the CBA to do so, and thereby failed to exhaust their contractual remedies. Second, Plaintiffs' claims require substantial interpretation of the terms of the agreements entered into between the parties, and are thereby preempted by Section 301 of the Labor Management Relations Act. Third, Plaintiffs are exempt from all California overtime requirements under Labor Code section 514 and California Industrial Wage Order No. 16 by virtue of the terms of the applicable CBAs. For all these reasons, Plaintiffs' claims must be dismissed.

Additionally, Plaintiffs' claims must be dismissed for the separate and independent reason that they arise entirely from activity on fixed offshore oil drilling platforms off the coast of California and are therefore subject to exclusive federal jurisdiction under the Outer Continental Shelf Lands Act ("OCSLA"). Because the state law—and the sole basis for Plaintiffs' claims, *Mendiola v. CPS Security Solutions, Inc.*, 60 Cal.4th 833 (2015)—Plaintiffs invoke is inapplicable on these sites, the FAC fails to state any claim upon with relief can be granted.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on May 19, 2015.

-2-

1       This motion is based on this Notice, the attached Memorandum of Points and Authorities, Defendant's Request for Judicial Notice and attached exhibits, the Declaration of Marita Swanson and attached exhibits, all pleadings and documents filed herein, and any further oral and documentary evidence that may be presented at or before the hearing on this matter.

Dated: May 29, 2015

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _/s/ Ellen Bronchetti_

RONALD J. HOLLAND
ELLEN M. BRONCHETTI
MATTHEW C. LEWIS

Attorneys for Defendant.
IRWIN INDUSTRIES, INC.