UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-02480-ODW(Ex) | Date | July 21, 2015 |
|---|---|---|---|
| Title | Carl Williams et al v. Irwin Industries, Inc. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS)**   **Order Vacating Hearing on** MOTION to Dismiss Case [14]

The hearing on the above-referenced MOTION, scheduled for July 27, 2015 at 1:30 P.M., is hereby **VACATED** and taken off calendar. No appearances are necessary.

The matter stands submitted, and will be decided upon without oral argument. An order will issue.

IT IS SO ORDERED.

: 00

Initials of Preparer   se