Michael A. Strauss, SBN 246718
Andrew C. Ellison, SBN 283884
**STRAUSS & PALAY, APC**
121 North Fir Street, Suite F
Ventura, CA  93001
Telephone:  (805) 641-6600
Facsimile:   (805) 641-6607
E-mail:  mike@palaylaw.com

Anthony R. Strauss, SBN 72842
ars@strausslawgroup.com
Aris E. Karakalos, SBN 240802
aek@strausslawgroup.com
**STRAUSS LAW GROUP, APC**
121 N. Fir Street, Suite F
Ventura, CA 93001
Telephone:  (805) 641-9992
Facsimile:  (805) 641-9993

Attorneys for Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL CURTIS, an individual; ARTHUR WILLIAMS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>IRWIN INDUSTRIES, INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:  2:15-cv-02480<br><br>**NOTICE OF ADDITIONAL AUTHORITY RE: PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br><br>[Complaint filed:  February 17, 2015] |

1

**NOTICE OF ADDITIONAL AUTHORITY**

Plaintiffs Carl Curtis and Arthur Williams, by and through counsel, respectfully files this Notice of Additional Authority in support of their Opposition to Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint.

On June 18, 2015, the United States District Court for the Eastern District of California issued a decision regarding the applicability of the California Labor Code in federal enclaves in the case of *Korndobler v. DNC Parks & Resorts at Sequoia*, No. 1:15-cv-00459 LJO SKO, 2015 WL 3797625 (E.D. Cal. June 18, 2015). A copy of the court's order is appended to this notice as Exhibit "A".

The *Korndobler* court held in part, that employees working on a federal enclave (the Sequoia National Park) could state claims for minimum wages under the California Labor Code because the California Labor Code's minimum wage provisions did not conflict with the Fair Labor Standards Act. *Id.* at *6.

Dated: September 21, 2015            **STRAUSS & PALAY, APC**

                                                   By:      /s/ Michael A. Strauss
                                                              Michael A. Strauss, Esq.
                                                              Andrew C. Ellison, Esq.
                                                              *Attorneys for Plaintiffs and the Putative Class*

Dated: September 21, 2015            **STRAUSS LAW GROUP, APC**

                                                   By:      /s/ Aris E. Karakalos
                                                            Anthony R. Strauss, Esq.
                                                            Aris E. Karakalos, Esq.
                                                            *Attorneys for Plaintiffs and the Putative Class*