Michael A. Strauss, SBN 246718
**STRAUSS & STRAUSS, APC**
121 North Fir Street, Suite F
Ventura, CA 93001
Telephone: (805) 641-6600
Facsimile: (805) 641-6607
E-mail: mike@strausslawyers.com

Anthony R. Strauss, SBN 72842
Aris E. Karakalos, SBN 240802
**STRAUSS LAW GROUP, APC**
121 North Fir Street, Suite F
Ventura, CA 93001
Telephone: (805) 641-9992
Facsimile: (805) 641-9993
E-mail: ars@strausslawgroup.com
E-mail: aek@strausslawgroup.com

Attorneys for Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CARL CURTIS, an individual; ARTHUR WILLIAMS, an individual,

Plaintiffs,

v.

IRWIN INDUSTRIES, INC., a California corporation; and DOES 1 through 100, inclusive,

Defendants.

Case No.: 2:15-cv-02480-ODW(Ex)

CLASS ACTION

**NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**

*Complaint filed: February 17, 2015*

Notice is hereby given that Plaintiffs Carl Curtis, an individual, and Arthur Williams, an individual, on their own behalf and on behalf of those similarly situated (the "Putative Class"), hereby appeal in the above-named case to the United States Court of Appeals for the Ninth Circuit from the order **GRANTING** Defendant's motion to Dismiss entered on November 12, 2015 (Dkt. No. 29), which Plaintiffs filed a motion under Rule 59(e) and Rule 52(b) to either alter or amend (Dkt. No. 30), and which this Court **GRANTED IN PART** and **DENIED IN PART** on September 16, 2016 (Dkt. No. 34).

This appeal is being filed within 30 days from the Court's September 16 order, and is timely under Federal Rules of Appellate Procedure, Rule 4(a)(4)(A)(ii and iv).

Dated: October 14, 2016

**STRAUSS & STRAUSS, APC**

By: ______________________

Michael A. Strauss
Attorneys for Plaintiffs and the Putative Class

# RULE 3-2 REPRESENTATION STATEMENT

1. Plaintiffs-Appellants, Carl Curtis and Arthur Williams, are represented by:

Michael A. Strauss, SBN 246718
mike@strausslawyers.com
**STRAUSS & STRAUSS, APC**
121 North Fir Street, Suite F
Ventura, CA 93001
Tel: (805) 641-6600; Fax (805) 641-6607

Anthony R. Strauss, SBN 72842
ars@strausslawgroup.com
Aris E. Karakalos, SBN 240802
aek@strausslawgroup.com
**STRAUSS LAW GROUP, APC**
121 North Fir Street, Ste. F
Ventura, CA 93001
Tel: (805) 641-9992; Fax (805) 641-9993

2. Defendant-Respondent, Irwin Industries, Inc., is represented by:

Ronald J. Holland, SBN 148687
rholland@sheppardmullin.com
Ellen M. Bronchetti, SBN 226975
ebronchetti@sheppardmullin.com
Matthew C. Lewis, SBN 274758
malewis@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Tel: (415) 434-9100; Fax: (415) 434-3947

DATED: October 14, 2016

**STRAUSS & STRAUSS, APC**

By:

Michael A. Strauss
Attorneys for Plaintiffs and the Putative Class

**CERTIFICATE OF SERVICE**

I, Michael A. Strauss, hereby declare under penalty of perjury as follows:

I am an attorney with Strauss & Strauss, APC, with offices at 121 N. Fir Street, Ste. F, Ventura, CA 93001. I am over the age of eighteen.

On October 14, 2016, I electronically filed the following NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on October 14, 2016 *<u>/s/ Michael A. Strauss</u>*